UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

| | | |
|---|---|---|
| AMANDA D. WALTER, | ) | |
| Plaintiff, | ) | Case No. 1:17-cv-971 |
| v. | ) | Honorable Phillip J. Green |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| Defendant. | ) | |

## **JUDGMENT**

In accordance with the Memorandum Opinion entered this date:

**IT IS HERBY ORDERED** that the Commissioner's decision is **AFFIRMED**.

Dated: June 13, 2018     /s/ Phillip J. Green
                                         PHILLIP J. GREEN
                                         United States Magistrate Judge